1:10-cv-1165 (GTS)(RFT)

## Proof of Service

Original Petition and Petition for Temporary Injunction

I declare under penalty of perjury that I served the summons ~~and complaint~~ in this case on AURORA LOAN SERVICES, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) by handing and delivering to LYNETTE SPOHN personally, Assistant Vice President to AURORA LOAN SERVICES, at 10350 Park Meadows Drive, City of Lone Tree, County of Douglas, State of Colorado, on October 5, 2010 at 12:30pm. Lynette Spohn being over 18 years of age.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: October 5, 2010

Server's signature

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 14 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

Gerald Deadwyler, Private Process Server
Printed name and title

438 Bannock St., Denver, CO   80204
Server's address